# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JAMES BROADHEAD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) 4:10-CV-53-VEH-RRA |
| | ) |
| **WARDEN KIRRIRE, et al,** | ) |
| | ) |
| **Defendant.** | ) |

## **O R D E R**

On September 13, 2010, the Magistrate Judge's Report and Recommendation was filed. No objections have been filed by either the plaintiff or defendant pursuant to Rule 72(b), *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendations are **ACCEPTED**. Accordingly, it is **ORDERED**, **ADJUDGED** and **DECREED** that this case is **DISMISSED WITH PREJUDICE** as frivolous. The clerk is **DIRECTED** to close this action.

**DONE** this the 30th day of November, 2010.

                                         **VIRGINIA EMERSON HOPKINS**
                                         United States District Judge